# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ELIZABETH AITKEN, JOSHUA ALLAN FRANCIS, MICHELLE HINKLE, LEONARD VERVALEN, CRAIG MATTHEW ALLISON, SHAWNA BAKER, ANDREW COMENOUT-McMINDS, MISTY ALANA MICHEAU, REVEREND SARAH MONROE, and APRYL OBI BOLING,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF ABERDEEN, a municipal government,<br><br>Defendant. | NO. 3:19-cv-05322<br><br>**STIPULATION AND AGREED ORDER OF DISMISSAL** |

The parties to the above referenced case, through counsel, stipulate to an Order dismissing the above captioned case with prejudice and without fees or costs to either party, the matter having been resolved between them.

STIPULATED TO this 30th day of October, 2019.

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

*s/ John E. Justice*

_____
John E. Justice, WSBA № 23042
Attorney for Defendant

**STIPULATION AND AGREED ORDER OF DISMISSAL** - 1

**Cause No.: 3:19-cv-05322**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

*s/ Jeffrey S. Myers*
_____
Jeffrey S. Myers, WSBA № 16390
Attorney for Defendant

CORPORATE COUNSEL,
CITY OF ABERDEEN

*s/ Mary Patrice Kent*
_____
Mary Patrice Kent, WSBA № 42460
Attorney for Defendant

CARNEY BADLEY SPELLMAN, P.S.

*s/ James E. Lobsenz*
_____
James E. Lobsenz, WSBA № 8787
Attorney for Plaintiffs

ALLEN, HANSEN & MAYBROWN

*s/ Todd Maybrown*
_____
Todd Maybrown, WSBA № 18557
Attorney for Plaintiffs

## ORDER

Based on the foregoing stipulation of the parties, it is hereby Ordered that this case is dismissed with prejudice and without costs or fees to any party.

_____
Judge

**PRESENTED BY:**

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

*s/ John E. Justice*
_____
John E. Justice, WSBA № 23042
Attorney for Defendants

**STIPULATION AND AGREED ORDER OF DISMISSAL** - 2

**Cause No.: 3:19-cv-05322**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

1  LAW, LYMAN, DANIEL,
   KAMERRER & BOGDANOVICH, P.S.
2
   *s/ Jeffrey S. Myers*
3  _____
   Jeffrey S. Myers, WSBA № 16390
4  Attorney for Defendant

5  CORPORATE COUNSEL,
   CITY OF ABERDEEN
6
   *s/ Mary Patrice Kent*
7  _____
   Mary Patrice Kent, WSBA № 42460
8  Attorney for Defendant

9

10 **APPROVED AS TO FORM,
   NOTICE OF PRESENTATION WAIVED:**
11
   CARNEY BADLEY SPELLMAN, P.S.
12
   *s/ James E. Lobsenz*
13 _____
   James E. Lobsenz, WSBA № 8787
14 Attorneys for Plaintiffs

15 ALLEN, HANSEN & MAYBROWN

16 *s/ Todd Maybrown*
   _____
17 Todd Maybrown, WSBA № 18557
   Attorneys for Plaintiffs

**STIPULATION AND AGREED ORDER OF DISMISSAL** - 3

Cause No.: 3:19-cv-05322

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on this date, I caused to be electronically filed the foregoing document, and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following party:

**<u>Attorneys for Plaintiffs</u>**

James Lobsenz, lobsenz@carneylaw.com

Todd Maybrown, todd@ahmlawyers.com

DATED this 30th day of October, 2019, at Tumwater, Washington.

*/s/ Tam Truong*

**STIPULATION AND AGREED ORDER OF DISMISSAL** - 4

Cause No.: 3:19-cv-05322

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*