

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ELIZABETH AITKEN, JOSHUA ALLAN FRANCIS, MICHELLE HINKLE, LEONARD VERVALEN, CRAIG MATTHEW ALLISON, SHAWNA BAKER, ANDREW COMENOUT-McMINDS, MISTY ALANA MICHEAU, REVEREND SARAH MONROE, and APRYL OBI BOLING,<br><br>                Plaintiffs,<br>vs.<br><br>CITY OF ABERDEEN, a municipal government,<br><br>                Defendant. | NO. 3:19-cv-05322<br><br>**STIPULATION AND AGREED ORDER OF DISMISSAL** |

The parties to the above referenced case, through counsel, stipulate to an Order dismissing the above captioned case with prejudice and without fees or costs to either party, the matter having been resolved between them.

STIPULATED TO this 30th day of October, 2019.

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

s/ John E. Justice

John E. Justice, WSBA № 23042
Attorney for Defendant

**STIPULATION AND AGREED ORDER OF DISMISSAL - 1**

Cause No.: 3:19-cv-05322

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

|   |   |
|---|---|
| 1 | LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S. |
| 2 | |
| 3 | s/ Jeffrey S. Myers |
| 4 | Jeffrey S. Myers, WSBA № 16390<br>Attorney for Defendant |
| 5 | CORPORATE COUNSEL, CITY OF ABERDEEN |
| 6 | |
| 7 | s/ Mary Patrice Kent |
| 8 | Mary Patrice Kent, WSBA № 42460<br>Attorney for Defendant |
| 9 | CARNEY BADLEY SPELLMAN, P.S. |
| 10 | s/ James E. Lobsenz |
| 11 | James E. Lobsenz, WSBA № 8787<br>Attorney for Plaintiffs |
| 12 | ALLEN, HANSEN & MAYBROWN |
| 13 | s/ Todd Maybrown |
| 14 | Todd Maybrown, WSBA № 18557<br>Attorney for Plaintiffs |
| 15 | |

## ORDER

Based on the foregoing stipulation of the parties, it is hereby Ordered that this case is dismissed with prejudice and without costs or fees to any party.

_____
Judge

**PRESENTED BY:**

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

s/ John E. Justice
_____
John E. Justice, WSBA № 23042
Attorney for Defendants

STIPULATION AND AGREED ORDER OF DISMISSAL - 2

Cause No.: 3:19-cv-05322

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

s/ Jeffrey S. Myers
_____
Jeffrey S. Myers, WSBA № 16390
Attorney for Defendant

CORPORATE COUNSEL,
CITY OF ABERDEEN

s/ Mary Patrice Kent
_____
Mary Patrice Kent, WSBA № 42460
Attorney for Defendant

**APPROVED AS TO FORM,
NOTICE OF PRESENTATION WAIVED:**

CARNEY BADLEY SPELLMAN, P.S.

s/ James E. Lobsenz
_____
James E. Lobsenz, WSBA № 8787
Attorneys for Plaintiffs

ALLEN, HANSEN & MAYBROWN

s/ Todd Maybrown
_____
Todd Maybrown, WSBA № 18557
Attorneys for Plaintiffs

STIPULATION AND AGREED ORDER OF DISMISSAL - 3

Cause No.: 3:19-cv-05322

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511